ACCO,(MAAx),CLOSED,DISCOVERY,TRANSFERRED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:19–cv–02274–R–MAA

| | |
|---|---|
| Brian Bruce v. 3M Company et al | Date Filed: 03/26/2019 |
| Assigned to: Judge Manuel L. Real | Date Terminated: 04/17/2019 |
| Referred to: Magistrate Judge Maria A. Audero | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Brian Bruce**  represented by  **Jeffrey Michael Blank**
*an individual*  Garcia Rainey Blank and Bowerbank LLP
 695 Town Center Drive Suite 700
 Costa Mesa, CA 92626–1925
 714–382–7000
 Fax: 714–382–0031
 Email: jblank@garciarainey.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Hugo Armando Lopez**
 Garcia Rainey Blank and Bowerbank LLP
 695 Town Center Drive Suite 700
 Costa Mesa, CA 92626–1925
 714–382–7000
 Fax: 714–784–0031
 Email: hlopez@garciarainey.com
 *ATTORNEY TO BE NOTICED*

 **Norma V Garcia**
 Garcia Rainey Blank and Bowerbank LLP
 695 Town Center Drive Suite 700
 Costa Mesa, CA 92626–1995
 714–382–7000
 Fax: 714–784–0031
 Email: ngarciaguillen@garciarainey.com
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**
*a Minnesota Corporation*

**Defendant**

**Aearo Technologies, LLC**

**Defendant**

**Does**

*1–10*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2019 | Ï 1 | COMPLAINT Receipt No: 0973–23445960 – Fee: $400, filed by Plaintiff Brian Bruce. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C) (Attorney Jeffrey Michael Blank added to party Brian Bruce(pty:pla))(Blank, Jeffrey) (Entered: 03/26/2019) |
| 03/26/2019 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Brian Bruce. (Blank, Jeffrey) (Entered: 03/26/2019) |
| 03/26/2019 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 , Civil Cover Sheet (CV–71) 2 filed by Plaintiff Brian Bruce. (Blank, Jeffrey) (Entered: 03/26/2019) |
| 03/26/2019 | Ï 4 | NOTICE of Interested Parties filed by Plaintiff Brian Bruce, identifying 3M Company. (Blank, Jeffrey) (Entered: 03/26/2019) |
| 03/28/2019 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Manuel L. Real and Magistrate Judge Maria A. Audero. (ghap) (Entered: 03/28/2019) |
| 03/28/2019 | Ï 6 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 3 . The following error(s) was found: Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your request. (ghap) (Entered: 03/28/2019) |
| 03/28/2019 | Ï 7 | Request for Clerk to Issue Summons on Notice of Deficiency in Request to Issue Summons, 6 filed by Plaintiff Brian Bruce. (Blank, Jeffrey) (Entered: 03/28/2019) |
| 03/29/2019 | Ï 8 | 21–Day Summons Issued re Complaint 1 as to Defendants 3M Company and Aearo Technologies, LLC. (gk) (Entered: 03/29/2019) |
| 03/29/2019 | Ï 9 | ORDER RE: NOTICE TO COUNSEL upon filing of the complaint by Judge Manuel L. Real. READ CAREFULLY – FAILURE TO COMPLY MAY LEAD TO SANCTIONS. SEE ORDER FOR DETAILS. (cch) (Entered: 03/29/2019) |
| 04/17/2019 | Ï 10 | Conditional Transfer Order – 1 from the United States Judicial Panel on Multidistrict Litigation, MDL 2885, transferring case to USDC, Northern District of Florida and assigned to Honorable M. Casey Rodgers. Case transferred electronically. (MD JS–6. Case Terminated.) (gk) (Entered: 04/18/2019) |